UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFF ARMSTRONG,

    Plaintiff,

v.                                            Case No: 8:22-cv-1024-KKM-CPT

FLORIDA DEP'T OF HEALTH,
LINDA KATKE, NICOLE
BAUTISTA, and JANE WILSON,

    Defendant.
_____

## ORDER

On August 1, 2022, the Court entered an Order, (Doc. 5), dismissing Jeff Armstrong's Complaint without prejudice in accordance with 28 U.S.C. § 1915(e)(2). The Court directed Armstrong to file a new complaint on or before August 22, 2022. Armstrong has not done so or asked for an extension of time. Accordingly, the Court's prior Order has become a final judgment, meaning the Court cannot "'grant any more extensions' of time to amend the complaint" and must dismiss the case. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–722 (11th Cir. 2020) (explaining that an "order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff seeking an extension" (citing *Hertz Corp. v. Alamo Rent-A-Car, Inc.*, 16 F.3d 1126 (11th Cir. 1994)).

The Clerk is directed to **TERMINATE** any pending motions and deadlines and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on August 29, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**

Plaintiff, *pro se*